UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KALED HAMDAN (#374052)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-406-SDD-SCR

**RULING**

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 13, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss*[4] is granted and the claims against Warden Burl Cain, Cecil Hilburn, Charles Boudreaux, and Michelle Diaz are dismissed, pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii), and without leave to further amend the *Complaint* because there is no conceivable, non-frivolous federal claim Plaintiff could assert against these Defendants consistent with the facts alleged in his original and amended complaints. Further, this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 1 day of June, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 93.
[3] Rec. Doc. 95.
[4] Rec. Doc. 39.