UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KALED HAMDAN (#374052)                               CIVIL ACTION

VERSUS

BURL CAIN, ET AL.                                    14-406-SDD-SCR

## RULING

On August 12, 2015, the Court ordered the Plaintiff to pay the full appellate filing fee in this case within 20 days or, within such time, to file a properly completed Motion to Proceed *In Forma Pauperis* on Appeal and Statement of Account, blank copies of which were attached to the service copy of the Court's *Order*.[1] The Plaintiff has not complied with the Court's *Order*. Instead, the service copy of the *Order*, which was forwarded to the Plaintiff at his record address, the Caldwell Correctional Center in Grayson, Louisiana, was returned to the Court as undeliverable, with the envelope marked "Return to Sender" and with a notation on the envelope that the Plaintiff has been "Released or Transferred" from the Caldwell facility.[2] It appears that the Plaintiff was released or transferred and may have lost interest in pursuing this case.

Pursuant to Local Rule 41(b)(4) of this Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute cause for dismissal for failure to prosecute when a notice has been returned to the Court for the reason of an incorrect address and no correction has been made to the address for a period of 30 days. As a

---

[1] Rec. Doc. 108.

[2] Rec. Doc. 109.

practical matter, the case cannot proceed without an address where the Plaintiff may be reached and where he may receive pleadings, notices, or rulings. Accordingly, the Court concludes that the above-captioned proceeding should be dismissed, without prejudice, for failure of the Plaintiff to prosecute this proceeding by failing to keep the Court apprised of a current address.

**IT IS HEREBY ORDERED** that the above-captioned proceeding be DISMISSED, without prejudice, for failure of the Plaintiff to prosecute this proceeding by failing to keep the Court apprised of a current address. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 15 day of October, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA